**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARCELA S. SANTOS, aka D.L. SANTOS ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION** |
| ) | |
| v. ) | **No. 1:12-cv-334-RC** |
| ) | |
| THE TRUSTEES OF GRINNELL COLLEGE ) | |
| dba GRINNELL COLLEGE, *et al.* ) | |
| ) | |
| Defendants ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF POSSE FOUNDATION, INC.**

Plaintiff Marcela S. Santos hereby dismisses her action against Defendant Posse Foundation, Inc. *Fed. R. Civ. P.* Rule 41(a)(1)(A)(i); see First Amended Complaint, Sixth Cause of Action [Docket #10].

Date:  Monday, December 31, 2012

Respectfully submitted,

/s/ Enrique Santos
Enrique Santos (Bar ID 471087)
Law Office of Enrique Santos
842-B Rockville Pike, #511
Rockville, MD 20852
Tel. (240) 888-8047
Fax. (240) 465-0698
esantos@comcast.net

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I CERTIFY that on December 31, 2012, I served the foregoing paper on the attorneys of record in this action via this Court's CM/ECF electronic filing system.

/s/ Enrique Santos
Enrique Santos
